1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-
7  Facsimile: (415) 436-7234
   E-Mail: wilson.leung@usdoj.gov
8
9  Attorneys for the United States of America

**FILED**
JUL 0 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3 08 70401 MEJ |
| | ) | |
| - v. - | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | ) | |
| JOSE ALVARADO, | ) | |
|   a/k/a "Joker," | ) | |
| | ) | |
|   Defendant. | ) | |

To:   The Honorable Maria-Elena James, Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner **JOSE ALVARADO**, Date of Birth: July 9, 1982, Jail Number 2372847 (San Francisco County Jail), who has been charged in a Complaint with Assault with a Dangerous Weapon in Aid of Racketeering, in violation of Title

//

WRIT AD PROSEQUENDUM

18, United States Code, Sections 1959(a)(3) and 2, and Attempted Murder in Aid of Racketeering, in violation of Title 18, United States Code, Sections 1959(a)(5) and 2.

Dated: July 2, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

_____
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

Dated: July 2, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

WRIT AD PROSEQUENDUM

2

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: SHERIFF, SAN FRANCISCO COUNTY JAIL, and/or any of his authorized deputies or officers

and

SPECIAL AGENTS BRIAN GINN, JASON RED, TIM PATTERSON, ALEX CHAN, CHRISTOPHER MERENDINO, BEN HORTON, JOHN MOORE, and/or any Special Agent of Immigration and Customs Enforcement

## GREETINGS

The prisoner **JOSE ALVARADO**, Date of Birth: July 9, 1982, Jail Number 2372847, is now in custody in San Francisco County Jail. He is required to appear on criminal charges now pending against him before the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner to this Court forthwith by producing him to the custody of the Special Agents of Immigration and Customs Enforcement referenced above, who shall bring the prisoner before the Magistrate Judge who is on duty when the prisoner is produced. Thereafter, the prisoner shall be produced at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, the prisoner shall be returned to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WITNESS Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: 7-2-08

CLERK OF THE COURT,
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



By: _____  BRENDA TOLBERT
DEPUTY CLERK

WRIT AD PROSEQUENDUM