JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-08-70401 MEJ |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER |
| JOSE ALVARADO, a/k/a "Joker," | |
| Defendant. | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of September 12, 2008, setting a new preliminary hearing date for September 26, 2008, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act from the date of this stipulation to September 26, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Jose Alvarado, was charged in a complaint dated July 2, 2008 with one count of assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§

1959(a)(3) and 2, and one count of attempted murder in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(5) and 2.  Alvarado was transferred into federal custody on July 3, 2008, and presented to Magistrate Judge Maria-Elena James on that day.  On July 8, 2008, Alvarado appeared before Magistrate Judge Vadas and Stuart Hanlon, Esq., and Sara Rief, Esq., were appointed to represent him.  Magistrate Judge Vadas also scheduled a detention hearing for July 15, 2008, and a preliminary hearing for July 17, 2008.  The defendant remained detained pending further proceedings.

  2. Following the appointment of Mr. Hanlon and Ms. Rief on July 8, 2008, the parties conferred regarding possible dispositions of this matter.  Mr. Hanlon and Ms. Rief, however, subsequently withdrew as counsel for the defendant, and on July 23, 2008, Magistrate Judge James appointed John Jordan, Esq., to represent the defendant.

  3. The parties appeared before Magistrate Judge Joseph C. Spero on August 28, 2008 and requested that the preliminary hearing date be extended further, until September 12, 2008 to allow for Mr. Jordan to consult further with his client  Mr. Jordan has since been meeting with his client diligently, but because this matter involves complicated issues relating to the federal racketeering laws, and because there are still state charges pending against the defendant based on the same underlying events, Mr. Jordan requires additional time prior to the filing of formal charges in order to prepare and to confer with his client.  Thus, in order to be able to effectively represent his client, Mr. Jordan, with the consent of the Government, has requested that the preliminary hearing date be extended to September 26, 2008.

  4. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the September 12, 2008 preliminary hearing date and extends the time for the preliminary hearing until September 26, 2008, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from September 12, 2008 to September 26, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

//

//

1  STIPULATED:
2
3  DATED:       September 10, 2008                /s/
4                                          JOHN JORDAN, ESQ.
                                           Attorney for JOSE ALVARADO
5
6  DATED:       September 10, 2008                /s/
                                           W.S. WILSON LEUNG
7                                          Assistant United States Attorney
8
9  IT IS SO ORDERED.
10
   DATED:       September  12 , 2008
11
                                           IT IS SO ORDERED
                                           Judge Elizabeth D. Laporte

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28