1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH(CABN 163973)
    Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6758

7   FAX: (415) 436-6753

8   Attorneys for the United States of America

9

**FILED**

**SEP 26 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

11

12              SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA          )   No. 3-08-70401 MEJ
14                                     )
                                       )   STIPULATION AND [~~PROPOSED~~]
15          v.                         )   ORDER DOCUMENTING WAIVER
                                       )
16                                     )
    JOSE ALVARADO,                     )
17      a/k/a "Joker,"                 )
                                       )
18          Defendant.                 )
                                       )
19  _____ )

20

21          With the agreement of the parties, and with the consent of the defendant, the Court enters

22  this order vacating the preliminary hearing date of September 26, 2008, setting a new preliminary

23  hearing date for October 23, 2008, at 9:30 a.m., before the duty magistrate judge, extending the

24  time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding

25  time under the Speedy Trial Act from the date of this stipulation to October 23, 2008.   The

26  parties agree and stipulate, and the Court finds and holds, as follows:

27          1.      The defendant, Jose Alvarado, was charged in a complaint dated July 2, 2008 with

28  one count of assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§

**1** 1959(a)(3) and 2, and one count of attempted murder in aid of racketeering, in violation of 18

**2** U.S.C. §§ 1959(a)(5) and 2. Alvarado was transferred into federal custody on July 3, 2008, and

**3** presented to Magistrate Judge Maria-Elena James on that day. On July 8, 2008, Alvarado

**4** appeared before Magistrate Judge Vadas and Stuart Hanlon, Esq., and Sara Rief, Esq., were

**5** appointed to represent him. Magistrate Judge Vadas also scheduled a detention hearing for July

**6** 15, 2008, and a preliminary hearing for July 17, 2008. The defendant remained detained pending

**7** further proceedings.

**8**     2.     Following the appointment of Mr. Hanlon and Ms. Rief on July 8, 2008, the

**9** parties conferred regarding possible dispositions of this matter. Mr. Hanlon and Ms. Rief,

**10** however, subsequently withdrew as counsel for the defendant, and on July 23, 2008, Magistrate

**11** Judge James appointed John Jordan, Esq., to represent the defendant. Thereafter, on August 28

**12** and September 12, 2008, the Court extended the preliminary hearing date again in order to give

**13** defense counsel additional time to confer with the defendant. The preliminary hearing date is

**14** now set for September 26, 2008.

**15**     3.     During the pendency of this case, Mr. Jordan has since been meeting with his

**16** client diligently, but because this matter involves complicated issues relating to the federal

**17** racketeering laws, because there are still state charges pending against the defendant based on the

**18** same underlying events, and because the defendant, until recently, also faced a simultaneous

**19** parole revocation proceeding, Mr. Jordan requires additional time prior to the filing of formal

**20** charges in order to prepare and to confer with his client. Thus, in order to be able to effectively

**21** represent his client, Mr. Jordan, with the consent of the Government, has requested that the

**22** preliminary hearing date be extended from September 26, 2008 to October 23, 2008.

**23**     4.     Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the

**24** September 26, 2008 preliminary hearing date and extends the time for the preliminary hearing

**25** until October 23, 2008, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the

**26** period from September 26, 2008 to October 23, 2008 be excluded from the time period for

**27** preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act

**28** calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

-2-

1    STIPULATED:

2

3    DATED:      September 24, 2008          /s/
                                            JOHN JORDAN, ESQ.
4                                           Attorney for JOSE ALVARADO

5

6    DATED:      September 24, 2008          /s/
                                            W.S. WILSON LEUNG
7                                           Assistant United States Attorney

8

9    IT IS SO ORDERED.

10   DATED:      September 26, 2008

11                                          HON. NANDOR J. VADAS
                                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-