1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA       )    No. 3-08-70401 MEJ
14                                )
                                  )    STIPULATION AND [~~PROPOSED~~]
15         v.                     )    ORDER DOCUMENTING WAIVER
                                  )
16                                )
   JOSE ALVARADO,                 )
17      a/k/a "Joker,"             )
                                  )
18         Defendant.             )
                                  )
19 _____)

20
21       With the agreement of the parties, and with the consent of the defendant, the Court enters
22 this order vacating the preliminary hearing date of August 28, 2008, setting a new preliminary
23 hearing date on September 12, 2008, at 9:30 a.m., before the duty magistrate judge, extending the
24 time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding
25 time under the Speedy Trial Act from the date of this stipulation to September 12, 2008.   The
26 parties agree and stipulate, and the Court finds and holds, as follows:
27       1.     The defendant, Jose Alvarado, was charged in a complaint dated July 2, 2008 with
28 one count of assault with a dangerous weapon in aid of racketeering, in violation of 18 U.S.C. §§

1959(a)(3) and 2, and one count of attempted murder in aid of racketeering, in violation of 18 U.S.C. §§ 1959(a)(5) and 2.  Alvarado was transferred into federal custody on July 3, 2008, and presented to Magistrate Judge Maria-Elena James on that day.  On July 8, 2008, Alvarado appeared before Magistrate Judge Vadas and Stuart Hanlon, Esq., and Sara Rief, Esq., were appointed to represent him.  Magistrate Judge Vadas also scheduled a detention hearing for July 15, 2008, and a preliminary hearing for July 17, 2008.  The defendant remained detained pending further proceedings.

2.	Following the appointment of Mr. Hanlon and Ms. Rief on July 8, 2008, the parties conferred regarding possible dispositions of this matter.  Mr. Hanlon and Ms. Rief, however, subsequently withdrew as counsel for the defendant, and on July 23, 2008, Magistrate Judge James appointed John Jordan, Esq., to represent the defendant.

3.	Since Mr. Jordan's entry into this matter, he has been familiarizing himself with the case.  In order to be able to effectively represent his client, Mr. Jordan requires additional time to confer with his client, as well as time to negotiate with the Government.  Therefore, the parties have asked the Court to extend the preliminary hearing date to September 12, 2008, pursuant to Federal Rule of Criminal Procedure 5.1, and excluding the time under the Speedy Trial Act, 18 U.S.C. § 3161.

4.	Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the defense time for effective preparation and for seeking disposition of this matter on agreed-upon terms.

//
//
//
//
//

1  5. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the August 28, 2008 preliminary hearing date and extends the time for a preliminary hearing until September 12, 2008, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from the date of this stipulation to September 12, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: August 27, 2008        /s/
                              JOHN JORDAN, ESQ.
                              Attorney for JOSE ALVARADO

DATED: August 27, 2008        /s/
                              W.S. WILSON LEUNG
                              Assistant United States Attorney

IT IS SO ORDERED.
DATED:   ~~August~~ Sept. 2, 2008

                              HON.
                              United States Magistrate Judge
                              [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

-3-